FROST, Appellant, v. HAYWARD et al., Respondents. (Supreme Court, Appellate Divi-

sion, Fourth Department. March 4, 1914.) Action by Catherine P. Frost, as committee of the person and property of Uzzarella Hayward, an incompetent person, against Edwin S. Hayward and another. No opinion. Motion granted, and appeal dismissed, with costs.